541 U.S. 981
 RODRIGUEZ
v.
UNITED STATES.
GARCIA-GONZALEZ
v.
UNITED STATES.
MADRID
v.
UNITED STATES;
CARILLO-GALVAN
v.
UNITED STATES.
VILLA-NEGRETE
v.
UNITED
STATES. and
ACOSTA-ORELLANO
v.
UNITED STATES.
 No. 03-9272.
 Supreme Court of United States.
 April 5, 2004.
 
 1
 C. A. 5th Cir. Certiorari denied. Reported below: 82 Fed. Appx. 891 (first judgment) and 961 (sixth judgment); 86 Fed. Appx. 785 (third judgment); 87 Fed. Appx. 396 (fourth judgment), 418 (second judgment), and 951 (fifth judgment).